JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAZMIN MENDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE<br>BACKGROUND SERVICES CORP.,<br><br>　　　　　Defendant. | Case No.:<br>ED CV 25-00116-DMG (SPx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.** [26] |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant First Advantage Background Services Corp., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant First Advantage Background Services Corp.

**IT IS SO ORDERED.**

Dated: June 6, 2025

_____
DOLLY M. GEE
Chief United States District Judge